**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daryl R. Anderson,

Plaintiff,

v.

American Crystal Sugar Company,

Defendant.

Civil No. 01-1700 (DWF/RLE)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

John A. Winters, Esq., Winters Law Office, 107 Second Street West, Crookston, MN 56716, counsel for Plaintiff.

Penelope J. Phillips, Esq., Fellhaber Larson Fenlon & Vogt, 225 South Sixth Street, Suite 4200, Minneapolis, MN 55402-4302, counsel for Defendant.

---

Based upon the Stipulation for Dismissal With Prejudice,

**IT IS HEREBY ORDERED** that it is hereby stipulated, by and between Plaintiff Daryl R. Anderson and Defendant American Crystal Sugar Company, by and through their respective counsel, that Plaintiff's action against Defendant may be and hereby is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES TO EITHER PARTY**.

**IT IS SO ORDERED.**

Dated: September 17, 2002

DONOVAN W. FRANK
Judge of United States District Court

SEP 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK